No. 801. UNITED STATES v. W. A. McFARLAND AND J. NORRIS McFARLAND, COPARTNERS, TRADING AS HENRY MARCUS AND SON. February 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Solicitor General Mitchell* for the United States. *Mr. William H. Hudgins* for respondents.

No. 783. MALLEABLE IRON RANGE COMPANY v. UNITED STATES. February 28, 1927. Petition for a writ of certiorari to the Court of Claims granted. *Messrs. Arthur W. Fairchild* and *J. Gilbert Hardgrove* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Galloway,* and *Mr. Fred K. Dyar* for the United States.

No. 823. TOLEDO, ST. LOUIS AND WESTERN RAILROAD COMPANY v. HILBERT STUART ALLEN. February 28, 1927. Petition for a writ of certiorari to the Supreme Court of the State of Missouri granted. *Messrs. James C. Jones, Walter A. Eversman, Edward C. Crow, Lon O. Hocker,* and *Frank H. Sullivan* for petitioner. No appearance for respondent.

No. 836. ARTHUR H. LAMBORN, GERARD P. TAMELING, CHARLES C. RIGGS, ET AL v. NATIONAL BANK OF COMMERCE OF NORFOLK, VIRGINIA. February 28, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Messrs. Louis O. Van Doren, Edward R. Baird, Jr., H. G. Connor, Jr.,* and *Edward S. Bentley* for petitioners. *Mr. Tazewell Taylor* for respondent.

No. 813. PRESSED STEEL CAR CO. v. UNITED STATES. See *post,* p. 780.

No. 848. UNITED STATES EX REL. NIELS PETER CLAUSSEN v. HENRY H. CURRAN, COMMISSIONER OF IMMIGRA-